**DEFAULT O/E JAD**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: ) | Case No. 23-21856 | FILED |
| ) | Chapter 13 | 9/22/23 4:40 pm |
| Mark D. Hutchin, ) | | CLERK |
| Shantel M. Hutchin, ) | | U.S. BANKRUPTCY |
| *Debtors* ) | Docket No. 4 | COURT - WDPA |
| ) | | |
| Mark D. Hutchin, ) | | |
| Shantel M. Hutchin, ) | | |
| *Movants* ) | (Prior Chapter 13 Bankruptcy | |
| ) | Case filed at Docket No. | |
| VS. ) | 22-22197 GLT, dismissed by Order | |
| ) | of Court dated May 26, 2023) | |
| Borough of Castle Shannon Sewage, County of ) | | |
| Allegheny, Castle Shannon Borough, Keystone Oaks ) | | |
| School District, Land Home Financial Services, ) | | |
| KML Law Group, Pinnacle Credit Services, ECMC, ) | | |
| Resurgent Capital, Pendrick Capital Services & ) | | |
| Peritus, Duquesne Light, UPMC Physician Services, ) | | |
| UPMC Health Services, US Dept of Education, ) | | |
| *Respondents* ) | | |

**ORDER OF COURT**

AND NOW, to wit, this ___22nd___ day of ___September___, 2023, it is hereby ORDERED, ADJUDGED, and DECREED, that the Automatic Stay in the case of Mark D. and Shantel M. Hutchin is hereby extended beyond thirty days and shall continue in full force and effect until further order of this Court or dismissal of this case.

FURTHER ORDERED: n/a



_____jsf_____ J.

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
Mark D. Hutchin  
Shantel M. Hutchin  
    Debtors

Case No. 23-21856-GLT  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2      User: auto      Page 1 of 2  
Date Rcvd: Sep 22, 2023      Form ID: pdf900      Total Noticed: 1

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 24, 2023:**

| Recip ID | Recipient Name and Address |
|---|---|
| db/jdb | + Mark D. Hutchin, Shantel M. Hutchin, 3158 May Street, Pittsburgh, PA 15234-2729 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Sep 24, 2023      Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 22, 2023 at the address(es) listed below:

**Name**      **Email Address**

Denise Carlon  
    on behalf of Creditor Argolica LLC dcarlon@kmllawgroup.com

Kenneth Steidl  
    on behalf of Debtor Mark D. Hutchin julie.steidl@steidl-steinberg.com  
    ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@steidl-steinberg.com;rlager@steidl-steinberg.com;awerkmeister@steidl-steinberg.com;amattish@steidl-steinberg.com

Kenneth Steidl  
    on behalf of Joint Debtor Shantel M. Hutchin julie.steidl@steidl-steinberg.com  
    ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@steidl-steinberg.com;rlager@steidl-steinberg.com;awerkmeister@steidl-steinberg.com;amattish@steidl-steinberg.com

Keri P. Ebeck  
    on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com  
    jbluemle@bernsteinlaw.com;kebeck@ecf.courtdrive.com

District/off: 0315-2            User: auto            Page 2 of 2
Date Rcvd: Sep 22, 2023            Form ID: pdf900            Total Noticed: 1

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

TOTAL: 6