# Mark D. Hutchin
# Shantel M. Hutchin

# Proof of Income
# Filed pursuant to rule 1007-4

# Profit and Loss Statement
## — January 2023 through August 2023 —
### for Mark D. Hutchin

| Month | Gross Income | Expenses |
|---|---|---|
| January | 2,000.00 | 969.00 |
| February | 1,599.73 | 725.73 |
| March | 1,400.00 | 782.57 |
| April | 1,200.00 | 449.01 |
| May | 1,188.08 | 393.93 |
| June | 1,737.63 | 823.85 |
| July | 1,250.00 | 622.30 |
| August | 1,599.99 | 773.19 |

Profit and Loss Statement
— January 2023 through August 2023 —
for Shantel M. Hutchin

| Month | Gross Income | Expenses |
|-------|-------------|----------|
| January | 121.00 | 121.00 |
| February | 495.27 | 495.27 |
| March | 661.43 | 661.43 |
| April | 1,651.99 | 1,651.99 |
| May | 1,626.07 | 1,626.07 |
| June | 1,514.15 | 1,574.15 |
| July | 1,801.70 | 1,801.70 |
| August | 952.81 | 952.81 |