IN THE UNITED STATES BANKRUPTCY COURT FOR THE
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | ) Bankruptcy Case No. 23-21856-GLT |
| Mark D. Hutchin and | ) Chapter 13 |
| Shantel M. Hutchin | ) |
| Debtors | ) |
| | ) |
| | ) |

### NOTICE OF APPEARANCE AND REQUEST FOR NOTICES

TO:    Clerk of Courts

Please enter our appearance on behalf of County of Allegheny in the above captioned matter. We request copies of further Notices and Orders in accord with the attached Declaration.

Please enter the address below as the mailing address for this creditor. All notices should be mailed to the following address:

**County of Allegheny**
**GRB Law**
**Jeffrey R. Hunt, Esquire**
**525 William Penn Place**
**Suite 3110**
**Pittsburgh, PA 15219**

Executed on:

October 23, 2023

GRB Law,

By:        /s/Jeffrey R. Hunt
Jeffrey R. Hunt, Esquire
Pa I.D. No. 90342
525 William Penn Place
Suite 3110
Pittsburgh, PA 15219
412-281-0587
jhunt@grblaw.com
Attorney for Movant

2236212.10

## DECLARATION IN LIEU OF AFFIDAVIT

Regarding Request to Be Added to the Mailing Matrix

I am the Attorney for County of Allegheny, a creditor in the above captioned bankruptcy case, and I am authorized by this creditor to make the accompanying request for notices. The **new address shown on the preceding page** should be used instead of the existing address, and added to the matrix. I have reviewed the mailing matrix on file in this case and I hereby certify that the request for notices being filed herewith replaces the creditor's address listed on the matrix, supersedes and cancels all prior requests for notice by the within named creditor, and:

(X)  That there are no other requests to receive notices on behalf of this creditor, or

(  )  that any prior request(s) for notice by or on behalf of this creditor shall be deleted from the matrix:

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: October 23, 2023.

GRB Law,

By:  /s/Jeffrey R. Hunt
Jeffrey R. Hunt, Esquire
Pa I.D. No. 90342
525 William Penn Place
Suite 3110
Pittsburgh, PA 15219
412-281-0587
jhunt@grblaw.com
Attorney for Movant

2236212.10