Form 309

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| **Mark D. Hutchin** | : | Case No. 23−21856−GLT |
| **Shantel M. Hutchin** | : | Chapter: 13 |
| *Debtor(s)* | : | |
| | : | |
| | : | |
| | : | Related Dkt. No. 46 |
| | : | |

## ORDER DISMISSING CASE WITHOUT PREJUDICE AND TERMINATING WAGE ATTACHMENT

*AND NOW,* this *The 23rd of May, 2024,* after notice and the Debtor(s) having failed to comply with the requirements of the *Bankruptcy Code*, the *Local Rules* of this Court and/or an Order of Court, it is hereby **ORDERED, ADJUDGED and DECREED** as follows:

(1) The above−captioned case is **DISMISSED, without prejudice**. The Debtor(s) remain legally liable for all his/her/their debts as if the bankruptcy petition had not been filed. Creditor collection remedies are reinstated pursuant to *11 U.S.C. §349*. Creditors are directed to *11 U.S.C. §108(c)* for time limits on filing a lawsuit to collect. **Generally, a creditor's lawsuit must be filed either before the time deadline imposed by state law for filing runs, or (30) thirty days after date of this Order, whichever is later.**

(2) Each income attachment issued in this case is now terminated. So that each employer and entity subject to an attachment Order knows to stop the attachment, the Debtor(s) shall immediately serve a copy of this order on each such employer and entity.

(3) The Court retains jurisdiction over the Trustee's Report of Receipts and Disbursements and Final Report and Account. Upon submission of the UST Form 13−FR−S: Chapter 13 Standing Trustee's Final Report and Account, the Trustee is discharged from her duties in this case and this case will be closed without further order of Court.

(4) The Clerk shall give notice to all creditors of this dismissal.

_____
Gregory L. Taddonio, Chief Judge
United States Bankruptcy Court

Case Administrators to serve:
All Creditors and All Parties In Interest

United States Bankruptcy Court

Western District of Pennsylvania

In re:  Case No. 23-21856-GLT
Mark D. Hutchin  Chapter 13
Shantel M. Hutchin
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2     User: auto     Page 1 of 3
Date Rcvd: May 23, 2024     Form ID: pdf900     Total Noticed: 28

The following symbols are used throughout this certificate:
**Symbol**     **Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

#     Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 25, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Mark D. Hutchin, Shantel M. Hutchin, 3158 May Street, Pittsburgh, PA 15234-2729 |
| cr | + | Keystone Oaks School District, c/o Maiello Brungo & Maiello, LLP, Foxpointe II, 100 Purity Road, Suite 3 Pittsburgh, PA 15235-4441 |
| 15633716 | #+ | Argolica LLC, 2003. Western Ave., Suite 340, Seattle, WA 98121-2162 |
| 15633717 | + | Borough of Castle Shannon Sewage, c/o Jordan Tax Service Inc., 102 Rahway Road, Canonsburg, PA 15317-3349 |
| 15633718 | + | Castle Shannon Borough, c/o Jeffery Hunt, Esq., 525 William Penn Place, Suite 3110, Pittsburgh, PA 15219-1753 |
| 15633719 | + | Castle Shannon Borough, 3310 McRoberts Road, Pittsburgh, PA 15234-2711 |
| 15633720 | + | County of Allegheny, c/o John K. Weinstein, PO Box 643385, Pittsburgh, PA 15264-3385 |
| 15633724 | + | Keystone Oaks School District, c/o MBM Collections LLC, 100 Purity Road, Suite 3, Pittsburgh, PA 15235-4441 |
| 15633726 | + | Land Home Financial Services, 3611 South Harbor Blvd., Suite 100, Santa Ana, CA 92704-7915 |
| 15633728 | | Pendrick Capital Partners & Peritus, Po Box 141419, Irving, TX 75014-1419 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: ebnjts@grblaw.com | May 23 2024 23:54:00 | Borough of Castle Shannon, c/o Jeffrey R. Hunt, Esquire, 525 William Penn Place, Suite 3110, Pittsburgh, PA 15219, UNITED STATES 15219-1753 |
| cr | + | Email/Text: ebnjts@grblaw.com | May 23 2024 23:54:00 | County of Allegheny, c/o Jeffrey R. Hunt, Esquire, 525 William Penn Place, Suite 3110, Pittsburgh, PA 15219, UNITED STATES 15219-1753 |
| cr | + | Email/Text: jdryer@bernsteinlaw.com | May 23 2024 23:54:25 | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 601 Grant Street, 9th Floor, Pittsburgh, PA 15219-4430 |
| 15649405 | + | Email/Text: ebnjts@grblaw.com | May 23 2024 23:54:00 | Borough of Castle Shannon, GRB Law, c/o Jeffrey R. Hunt, Esquire, 525 William Penn Place, Suite 3110, Pittsburgh, PA 15219-1753 |
| 15649404 | + | Email/Text: ebnjts@grblaw.com | May 23 2024 23:54:00 | County of Allegheny, GRB Law, c/o Jeffrey R. Hunt, Esquire, 525 William Penn Place, Suite 3110, Pittsburgh, PA 15219-1753 |
| 15633721 | + | Email/Text: kburkley@bernsteinlaw.com | May 23 2024 23:54:00 | Duquesne Light Company, 411 Seventh Avenue, Pittsburgh, PA 15219-1942 |
| 15637673 | | Email/Text: ECMCBKNotices@ecmc.org | May 23 2024 23:54:00 | ECMC, Post Office Box 16408, St. Paul, MN 55116-0408 |
| 15633722 | | Email/Text: ECMCBKNotices@ecmc.org | May 23 2024 23:54:00 | ECMC, PO Box 16408, Saint Paul, MN 55116-0408 |
| 15633723 | + | Email/Text: ebnjts@grblaw.com | May 23 2024 23:54:00 | Goehring, Rutter & Boehm, Frick Building, 437 Grant Street, 14th Floor, Pittsburgh, PA |

| Recip ID | Bypass/Method | Date/Time | Name and Address |
|---|---|---|---|
| | | | 15219-6101 |
| 15656690 | Email/Text: JCAP_BNC_Notices@jcap.com | May 23 2024 23:54:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud MN 56302-9617 |
| 15633725 | ^ MEBN | May 23 2024 23:37:00 | KML Law Group PC, 701 Market Street, Suite 5000 - BNY Independence Center, Philadelphia, PA 19106-1541 |
| 15633726 | ^ MEBN | May 23 2024 23:37:17 | Land Home Financial Services, 3611 South Harbor Blvd., Suite 100, Santa Ana, CA 92704-7915 |
| 15633727 | Email/Text: ebnjts@grblaw.com | May 23 2024 23:54:00 | Michael G. McCabe, Esq, 525 William Penn Place, Suite 3110, Pittsburgh, PA 15219-1753 |
| 15656065 | Email/Text: perituspendrick@peritusservices.com | May 23 2024 23:54:00 | Pendrick Capital Partners, LLC, Peritus Portfolio Services II, LLC, PO BOX 141419, IRVING, TX 75014-1419 |
| 15633729 | Email/PDF: resurgentbknotifications@resurgent.com | May 23 2024 23:56:54 | Pinnacle Credit Services, c/o Resurgent Capital, Po Box 10587, Greenville, SC 29603-0587 |
| 15640297 | Email/PDF: resurgentbknotifications@resurgent.com | May 23 2024 23:56:52 | Pinnacle Credit Services, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15633730 | Email/Text: BNCnotices@dcmservices.com | May 23 2024 23:54:00 | UPMC Health Services, Po Box 1123, Minneapolis, MN 55440-1123 |
| 15633731 | Email/Text: BNCnotices@dcmservices.com | May 23 2024 23:54:00 | UPMC Physician Services, Po Box 1123, Minneapolis, MN 55440-1123 |
| 15633732 | Email/Text: EDBKNotices@ecmc.org | May 23 2024 23:54:00 | US Dept of Education, Po Box 16448, Saint Paul, MN 55116-0448 |

TOTAL: 19

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Argolica LLC |
| 15656040 | *+ | Land Home Financial Services, Inc., 3611 South Harbor Blvd, Suite 100, Santa Ana, CA 92704-7915 |
| 15640563 | * | US Department of Education, PO Box 16448, Saint Paul, MN 55116-0448 |

TOTAL: 1 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: May 25, 2024          Signature:     /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 23, 2024 at the address(es) listed below:

**Name**          **Email Address**

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 3 of 3 |
| Date Rcvd: May 23, 2024 | Form ID: pdf900 | Total Noticed: 28 |

Denise Carlon
    on behalf of Creditor Argolica LLC dcarlon@kmllawgroup.com

Jeffrey R. Hunt
    on behalf of Creditor Borough of Castle Shannon jhunt@grblaw.com

Jeffrey R. Hunt
    on behalf of Creditor County of Allegheny jhunt@grblaw.com

Jennifer L. Cerce
    on behalf of Creditor Keystone Oaks School District jlc@mbm-law.net

Kenneth Steidl
    on behalf of Joint Debtor Shantel M. Hutchin julie.steidl@steidl-steinberg.com
    ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@steidl-steinberg.com;rlager@steidl-steinberg.com;awerkmeister@steidl-steinberg.com;amattish@steidl-steinberg.com

Kenneth Steidl
    on behalf of Debtor Mark D. Hutchin julie.steidl@steidl-steinberg.com
    ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@steidl-steinberg.com;rlager@steidl-steinberg.com;awerkmeister@steidl-steinberg.com;amattish@steidl-steinberg.com

Keri P. Ebeck
    on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com
    btemple@bernsteinlaw.com;aepiscopo@bernsteinlaw.com;kebeck@ecf.courtdrive.com;agilbert@bernsteinlaw.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

TOTAL: 9