**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: <br><br> MARK D. HUTCHIN <br> SHANTEL M. HUTCHIN <br> Debtor(s) <br><br> Ronda J. Winnecour <br> Movant <br> vs. <br> No Respondents. | Case No.:23-21856 GLT <br><br><br> Document No.: |

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 09/01/2023 and confirmed on 01/30/2024. The case was subsequently (B)DISMISSED AFTER CONFIRMATION FUNDS TO DEBTOR

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 531.00 |
| Less Refunds to Debtor | 5.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 526.00 |
| | | |
| Administrative Fees | | |
|     Filing Fee | 0.00 | |
|     Notice Fee | 0.00 | |
|     Attorney Fee | 494.14 | |
|     Trustee Fee | 31.86 | |
|     Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 526.00 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Secured | | | | |
|   CASTLE SHANNON BOROUGH (SWG) | 7,642.56 | 0.00 | 0.00 | 0.00 |
|     Acct: G208 | | | | |
|   CASTLE SHANNON BOROUGH (RE) | 1,838.39 | 0.00 | 0.00 | 0.00 |
|     Acct: G208 | | | | |
|   COUNTY OF ALLEGHENY (RE TAX)* | 1,129.53 | 0.00 | 0.00 | 0.00 |
|     Acct: G208 | | | | |
|   KEYSTONE OAKS SD (CASTLE SHANNON | 3,435.24 | 0.00 | 0.00 | 0.00 |
|     Acct: G208 | | | | |
|   COUNTY OF ALLEGHENY (RE TAX)* | 488.94 | 0.00 | 0.00 | 0.00 |
|     Acct: G208 | | | | |
|   CASTLE SHANNON BOROUGH (SWG) | 2,851.75 | 0.00 | 0.00 | 0.00 |
|     Acct: G208 | | | | |
|   CASTLE SHANNON BOROUGH (RE) | 2,174.77 | 0.00 | 0.00 | 0.00 |
|     Acct: G208 | | | | |
|   KEYSTONE OAKS SD (CASTLE SHANNON | 832.41 | 0.00 | 0.00 | 0.00 |
|     Acct: G208 | | | | |
|   ARGOLICA LLC | 111,962.61 | 0.00 | 0.00 | 0.00 |
|     Acct: 0064 | | | | |

| 23-21856 GLT | TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS | | | Page 2 of 2 |
|---|---|---|---|---|
| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
| | * * * N O N E * * * | | | |
| **Priority** | | | | |
|    KENNETH STEIDL ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|      Acct: | | | | |
|    MARK D. HUTCHIN | 0.00 | 0.00 | 0.00 | 0.00 |
|      Acct: | | | | |
|    MARK D. HUTCHIN | 5.00 | 5.00 | 0.00 | 0.00 |
|      Acct: | | | | |
|    STEIDL & STEINBERG | 4,400.00 | 494.14 | 0.00 | 0.00 |
|      Acct: | | | | |
| | * * * N O N E * * * | | | |
| **Unsecured** | | | | |
|    ECMC(*) | 0.00 | 0.00 | 0.00 | 0.00 |
|      Acct: 8170 | | | | |
|    US DEPARTMENT OF EDUCATION | 0.00 | 0.00 | 0.00 | 0.00 |
|      Acct: 4764 | | | | |
|    DUQUESNE LIGHT COMPANY(*) | 0.00 | 0.00 | 0.00 | 0.00 |
|      Acct: | | | | |
|    PENDRICK CAPITAL PARTNERS LLC | 1,088.93 | 0.00 | 0.00 | 0.00 |
|      Acct: 7472 | | | | |
|    PINNACLE CREDIT SERVICES LLC | 220.27 | 0.00 | 0.00 | 0.00 |
|      Acct: 0001 | | | | |
|    UPMC HEALTH SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
|      Acct: | | | | |
|    UPMC PHYSICIAN SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
|      Acct: | | | | |
|    JEFFERSON CAPITAL SYSTEMS LLC* | 794.07 | 0.00 | 0.00 | 0.00 |
|      Acct: 0001 | | | | |
|    BERNSTEIN BURKLEY PC | 0.00 | 0.00 | 0.00 | 0.00 |
|      Acct: | | | | |
|    KML LAW GROUP PC* | 0.00 | 0.00 | 0.00 | 0.00 |
|      Acct: | | | | |
| | * * * N O N E * * * | | | |
| **TOTAL PAID TO CREDITORS** | | | | 0.00 |

TOTAL CLAIMED
   PRIORITY                0.00
   SECURED        132,356.20
   UNSECURED       2.103.27

Date: 06/05/2024

/s/ Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com